ELYSE S. OKADA, ESQ. (CA State Bar No. 337481)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-4604
Facsimile: (909) 387-4069
E-Mail: Elyse.Okada@cc.sbcounty.gov

Attorneys for Defendants SAN BERNARDINO COUNTY (erroneously sued and served as County of San Bernardino), SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT and DEPUTY TRAVIS PALAZZOLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SANTOS SALAS,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SAN BERNARDINO COUNTY DEPUTY SHERIFF TRAVIS PALAZZOLO (BADGE NUMBER J2151), AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Case No. 25-1226<br><br>**DEFENDANTS SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT AND DEPUTY TRAVIS PALAZZOLO'S NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF**<br><br>*[Civil Case Coversheet, Certificate of Interested Parties and Notice of Appearance filed concurrently herewith]* |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441, and 1446, Defendants SAN BERNARDINO COUNTY (erroneously sued and served as County of San Bernardino), SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT and

1
DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF

SAN BERNARDINO COUNTY DEPUTY SHERIFF TRAVIS PALAZZOLO (collectively, "Defendants") hereby remove the civil action entitled *Salvador Santos Salas v. County of San Bernardino, et al.*, which was filed in the Superior Court of California, County of San Bernardino, Central Division, Case No. CIVSB2501857 ("state-court action") to the United States District Court for the Central District of California ("Notice"). In support of this Notice of Removal, Defendants aver as follows:

## Procedural History and Plaintiff's Allegations

1. On December 20, 2024, the state-court action was filed in San Bernardino County Superior Court by Plaintiff Salvador Santos Salas ("Plaintiff") against Defendants San Bernardino County, San Bernardino County Sheriff's Department and Deputy Travis Palazzolo. Declaration of Elyse S. Okada ("Okada Decl."), ¶ 1, Exhibit "A". Plaintiff's Complaint contains ten causes of action including asserted violations of constitutional rights under 42 U.S.C. § 1983 against Defendants alleging false arrest and excessive force on November 18, 2023.

## Grounds for Removal

2. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have *original jurisdiction*, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." (Emphasis added.) The United States Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 U.S.C. § 1331 ("[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Because the Complaint asserts claims arising under 42 U.S.C. § 1983, Plaintiff's claims therefore arise under federal law in that they "require[] resolution of a substantial question of federal law in dispute between the parties." *Franchise Tax Board v. Laborers Vacation Trust*, 463 U.S. 1, 13 (1983). Plaintiff's "right to relief… necessarily depend[s] on the resolution of a substantial question of federal law, … in that federal law is a

2

DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF

necessary element of one of the well pleaded…claims." *Christian v. Colt Indus. Operating Corp.*, 486 U.S. 800, 808 (1988) (*quoting Franchise Tax Board, supra,* 463 U.S. at 27-28).

3.      Plaintiff also asserts state law claims.  When an action is removed to federal court, however, the federal court has jurisdiction to also determine all pendent state claims "that are so related to the claims in the action… that they form part of the same case or controversy…" *See* 28 U.S.C. § 1367.  Such is the case with the pendent state claims here.

4.      Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), and this matter may therefore be removed to federal court by Defendants.

## Removal is Timely

5.      Removal is timely.  *See* 28 U.S.C. § 1446(b) (requiring the notice of removal to be filed within thirty-days of service of the pleading.)  The thirty-day period is triggered upon completion of formal service of process on the defendant in accordance with state law.  *See Murphy Bros v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 354 (1999).  Where there are multiple defendants, '[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons… to file the notice of removal." 28 U.S.C. § 1446(b)(2)(B).  Defendants' Notice is timely as it is being made within thirty (30) days of being served on April 21, 2025.  Okada Decl., ¶ 2.

## No Consent is Required for this Removal

6.      No consent is required for this removal because Defendant San Bernardino County is representing Defendants San Bernardino County Sheriff's Department and Deputy Travis Palazzolo, the only other defendants that have been properly named and served.  Okada Decl. ¶ 3, Exhibit "B". *See Destfino v. Reiswig*, 630 F.3d 952 (9th Cir. 2011) (defendants who were not properly served were not required to join in the petition for removal).

///

DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF

## Venue

7. The Complaint alleges that the unconstitutional conduct by Defendants, who are public entities in San Bernardino County, occurred within San Bernardino County.

## Notice to State Court

8. A copy of this Notice will be simultaneously filed with the Clerk of the Superior Court of California, County of San Bernardino, Central Division, and a copy of this Notice will be served on Plaintiff.

9. Copies of all other process, pleadings, and orders served upon Defendants in the action filed in the Superior Court of California, County of San Bernardino, Central Division are attached hereto as Exhibit "C".

## Non-Waiver of Defenses

10. By removing this action from the Superior Court of California, County of San Bernardino, Central Division, Defendants do not waive any defenses available to it.

11. By removing this action from the Superior Court of California, County of San Bernardino, Central Division, Defendants do not admit any of the allegations in Plaintiff's Complaint.

///

///

///

4

DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF

**WHEREFORE,** Defendants SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT and DEPUTY TRAVIS PALAZZOLO remove the above-captioned action from the Superior Court of California, County of San Bernardino, Central Division to the United States District Court for the Central District of California.

DATED: May 20, 2025                Respectfully submitted,

                                  TOM BUNTON
                                  County Counsel


                                  /s/ Elyse S. Okada
                                  ELYSE S. OKADA
                                  Deputy County Counsel
                                  Attorneys for Defendants San Bernardino County,
                                  San Bernardino County Sheriff's Department and
                                  Deputy Travis Palazzolo

DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF

## DECLARATION OF ELYSE S. OKADA

I, Elyse S. Okada, declare and state as follows:

I am an attorney at law, duly authorized to practice before this Court; that I am a Deputy County Counsel for San Bernardino County, counsel of record for San Bernardino County, San Bernardino County Sheriff's Department and Deputy Travis Palazzolo in the above-entitled action. I am one of the individuals responsible for the handling of this matter and, therefore, I have personal knowledge of the facts set forth herein and would and could so testify if called upon to do so.

1.     That attached hereto as Exhibit "A" is a true and correct copy of the Complaint filed on December 20, 2024.

2.     That attached hereto as Exhibit "B" is a true and correct copy of the proofs of service of the summons served upon Defendants San Bernardino County, San Bernardino County Sheriff's Department and Deputy Travis Palazzolo on April 21, 2025.

3.     That attached hereto as Exhibit "C" is a true and correct copy of copies of all other process, pleadings, and orders served upon Defendants in the state-court action filed in the Superior Court of California, County of San Bernardino, Central Division, case number CIVSB2501857.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 20, 2025, at San Bernardino California.


                                     */s/ Elyse Okada*
                                     ELYSE S. OKADA, Declarant

---

1

DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF

**PROOF OF SERVICE**

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On **May 20, 2025**, I served the following documents (*specify*):   **DEFENDANTS SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT AND DEPUTY TRAVIS PALAZZOLO'S NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF**

I served the documents on the persons below, as follows:

| Salvador Santos Salas | Petitioner, Pro Se |
|---|---|
| 11818 Scott Avenue | Telephone: (562) 447-3501 |
| Whittier, CA 90604 | Email: salsalas@ymail.com |

The documents were served by the following means:

☒   **By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing, and know that the document(s) described herein will be deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully paid.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

DATED: May 20, 2025                              /s/ La Tisha Denson
                                                 LA TISHA DENSON, Declarant

2
DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF ELYSE S. OKADA IN SUPPORT THEREOF